UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GENE P. BONVILLAIN, in his capacity as ASSESSOR for the PARISH OF TERREBONNE, STATE OF LOUISIANA,** | * * | Civ. No. 09-3540; C(2) and other consolidated cases |
| | | Re: Civ. No. 09-5786; C(2) |
| **Plaintiff** | * | |
| v. | * | |
| **LOUISIANA LAND & EXPLORATION CO., an entity organized under the laws of a state other than Louisiana and a wholly owned subsidiary of CONOCOPHILLIPS, a Delaware Corporation, DONNA K. LAURENCE, and NANCY DePAUL,** | * * * | **JURY TRIAL DEMANDED** |
| **Defendants** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF WITHOUT A COURT ORDER PURSUANT TO RULE 41 (a)(1)(A)(i)

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Gene Bonvillain, in his capacity as Assessor for the Parish of Terrebonne, State of Louisiana, and files this Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, dismissing this action against Helis Oil & Gas Co., LLC, an entity organized under Louisianan law and having its principal place of business in Louisiana, and David A. Kerstein without

prejudice. Counsel shows that Plaintiff has not been served with either an Answer or Motion for Summary Judgment.

This Voluntary Dismissal applies only to Civil Action No. 09-5786 and none of the other consolidated cases in this matter.

Respectfully submitted,

/s/ Don M. Richard
DON M. RICHARD, ESQ.
Bar Roll No. 11226
MICHAEL H. ELLIS, ESQ.
Bar Roll No. 5334
JULIAN R. MURRAY, JR., ESQ.
Bar Roll No. 7526
Chehardy, Sherman, Ellis, Murray, Recile, Griffith,
Stakelum & Hayes, LLC
One Galleria Boulevard
Suite 1100
Metairie, LA 70001
(504)833-5600
E-Mail: dmr@chehardy.com

KENNETH T. WATKINS, ESQ.
Watkins, Walker & Eroche
501 Rousell Street
Post Office Box 5095
Houma, LA 70361-5095

RON KURZMAN
Of Counsel
305 Broadway, 7th Floor
New York, NY 10007

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 9, 2010, I electronically filed the foregoing Voluntary Dismissal by Plaintiff Without A Court Order Pursuant to Rule 41(a)(1)(A)(i) with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Don M. Richard
**DON M. RICHARD, ESQ.**
**Bar Roll No. 11226**
**Chehardy, Sherman, Ellis, Murray, Recile,**
**Griffith, Stakelum & Hayes, L.L.P.**
**One Galleria Boulevard, Suite 1100**
**Metairie, LA 70001**
**Office:  (504)833-5600**
**Fax:      (504)833-8080**
**E-mail: dmr@chehardy.com**